UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM DAVID LAUGA | CIVIL ACTION |
| VERSUS | NO. 10-708 |
| ST. TAMMANY PARISH SHERIFF'S OFFICE, ET AL. | SECTION: "N"(3) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on March 24, 2010 (Rec. Doc. No. 5), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and for otherwise failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 16th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE